UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rudy Fleming
_____

_____

(*In the space above, enter the full name(s) of the plaintiff(s).*)

-against-

Mr. E. Santana
John Doe
John Doe
John Doe
Jane Doe
Jane Doe
Jane Doe
Jane Doe
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. §1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

# 18 CV 3321

(*In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identified to those contained in Part I. No Addresses should be included here.*)

I.   **Parties in this complaint:**

A   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Rudy Fleming
            ID #  07A0122
            Current Institution  Sullivan Correctional Facility
            Address  P.O. Box 116
                     Fallsburg, New York 12733-0116

B   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Mr. E. Santana   Shield # _____
                  Where Currently Employed  Sullivan Correctional Facility
                  Address  P.O. Box 116
                           Fallsburg, New York 12733-0116

Rev. 05/2010

1

Defendant No. 2    Name _John Doe_ Shield # ____
Where Currently Employed _Sullivan Correctional Facility_
Address _P.O. Box 116_
_Fallsburg, New York 12733-0116_

Defendant No. 3    Name _John Doe_ Shield # ____
Where Currently Employed _Sullivan Correctional Facility_
Address _P.O. Box 116_
_Fallsburg, New York 12733-0116_

Defendant No. 4    Name _John Doe_ Shield # ____
Where Currently Employed ____
Address ____

Defendant No. 5    Name _Jane Doe_ Shield # ____
Where Currently Employed ____
Address ____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the event rise to your claim(s) occur?
_Sullivan Correctional Facility, E-North block, I.C.P._
_program 240 cell._

B. Where in the institution did the events giving rise to your claim(s) occur?
_On the East side of the block in 240 cell morning_
_shift_

C. What date and approximate time did the events giving rise to your claim(s) occur?
_On 4/15/15 on the time between 9:20 Am to 9:55 am_
_coming from medication._

D. Facts:

**What happened to you?**

I was escorted to medication by C.O. E. Santana, while being on keep lock over his ticket. He started making hot dogs' comments' toward me. I did not respond, but felt violated and disrespected. As I was heading to my cell. My cell door did not close. C.O. E. Santana came up the E-side stairs of the block and asked me "What in your hands'"? →

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

(Witness) Antonio McClemere #01B1676

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Plaintiff suffered mental anguish and pains, with emotional injuries devastating to psychological and emotional well-being from extreme nervousness, multiple vomiting thinking about the abuse, headaches, crying from shame, emotional shocks, no appetite losing 31 pounds, difficulty sleeping, nightmares, and lack of energy from taking medications of Wellbutrin 300mg. and Zyprexa 15mg. from going to Marcy C.N.Y.P.C. hospital.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _X_ No ___

Facts: contining

I open my hands and said "nothing", he said "what in your pockets"- get on the fucking wall"? Pointing to the wall in my cell and pushed me up against the wall. He said to me "I'll fucking drop you if you move". I felt nervous and scared being what happen to an inmate who was assuaulted and Killed by C.O.s' two days' prior to my incident.

I had a whole in my pants from working. Mr. E. Santana pull my pants up, then put his hand in my inner theyes. His rubber glove finger went in between my legs, and I felt his finger touching and moving my genitals with force, pulling my pubic hairs', and then he penetrated and hook my anal with his finger, feeling the pain from me standing on my tose. After he was finish he told me to "go sit on your fucking bed", in a low tone. I complied with the order. Officer E. Santana violated my Eighth Amendment Right by Sexually abusing me subjecting me to Cruel and Unusual Punishment with having a witness name "Antonio McClemere #01B1676" of the day of the sexual abuse (4/15/15), with physical D.N.A. glove evidence that I sent home, and told O.S.I. staffs' that now they have in their possession for testing. I found out that I wasn't the only one Mr. E. Santana sexually abuse in his past within this facility from a inmate "Hodges". Regarding me being help. Because of my lack of reading and writing skills', I was help with this complaint and forms' by Thomas Fields #10A2057. A copy of my Psychological testing I.Q. at C.N.Y.P.C. is Attached.

| | | | |
|---|---|---|---|
| **Patient's Name:** | FLEMING, RUDY | State ID: | 3016828 |
| Case Number: | 266423 | Gender: | Male |
| DOB: | 06/23/1985 | DIN: | 07-A-0122 |
| Admission Screening Date: | 04/06/2010 | | |

Unit: 201 Inpatient Ward 201

receiving SSI and SSD. UPDATE 5/29/07 No change. 5/21/08 UPDATE No change.

ANNUAL UPDATE CNYPC INPATIENT 4.13.2011:
Recent Psychological testing at CNYPC completed by Dr. David Stang on 2.17.11 indicated "results yielded a full scale IQ of 48, which is within the low moderately retarded range. His extremely low Full-scale IQ score was partly due to extremely low Processing Speed Index score of 50. When a General Ability Index score of 53 was established, which reflects a composite score of verbal comprehension and perceptual reasoning, it can be concluded that his higher level intellectual abilities of verbal comprehension and perceptual reasoning are within the low mild to upper moderately retarded range."

F. Family History/Living Arrangement/Interpersonal Relationships

Pt lived with his sister for some time until she was evicted. He then lived with his uncle. Pt never lived alone. He went grocery shopping with his niece who is 18 years old to help him with money. Mr. Fleming had visits with his niece while at Rikers Island. He has not had any family contact since he transferred. He was raised by his mother and father with his 3 sisters and 1 brother. He reports positive relationships with them. UPDATE 5/29/07 No change. 5/21/08 UPDATE No change.

He is in regular contact with his niece Shanique Hamlin 347 981 8636. and sister Rhodesia Hamlin 347 962 6933. He worries about them and sees them as his primary support.

UPDATE - CNYPC - INPATIENT 4.12.2010:
Mr. Fleming indicate he has family members that are supportive.

ANNUAL UPDATE CNYPC INPATIENT 4.13.2011:
Mr. Fleming has regular contact with his brother, sister-in-law, sister and Neice.

G. Abuse/Neglect/Trauma/History

Pt denies any abuse and/or neglect.
DOES THE PATIENT HAVE A KNOWN HISTORY OF PHYSICAL ABUSE(e.g. hit, punches, slapped, burned, threatened with object or weapon, etc.?)

( ) Yes    (+) No    ( ) Patient is not willing to discuss.

If yes,  ( ) Childhood?  ( ) Adolescence?  ( ) Adulthood?  ( ) at present?

By whom:  ( ) stranger  ( ) acquaintance  ( ) partner/spouse  ( ) parents
          ( ) other family member        ( ) ritual abuse

DOSE THE PATIENT HAVE A KNOWN HISTORY OF BEING NEGLECTED WHEN THEY WERE A CHILD (e.g., basic needs not met regarding nutrition, physical care, emotional needs, etc.)?

( ) Yes  (+) No  ( ) Patient is not willing to discuss.

If yes, describe:

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Sullivan Corr. Facility, E-North - 2 90 cell._

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Auburn Correctional Facility around late June. Being help._

1. Which claim(s) in this complaint did you grieve? _Being sexually abuse by C.O. Mr. E. Santana_

2. What was the result, if any? _Being interview by a lieutenant early July 2017 in Auburn Corr. Facility. He never got back to me._

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _Non, because I was transfer back to Sullivan Corr. Facility fearing for my safty and not having any help._

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _At that time being infear of retaliations, and lack of reading and writing disabities. And still infear of retaliations being back in this facility (Sullivan)._

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

Rev. 05/2010                                    4

when and how, and their response, if any: _I made my first verbal complaint to Prea hotline in regards to sexual abuse (to #77), to a female detective "Jane Dow" on 5/21/15, not taking my complaint seriously. I spoke to a man from O.S.I. name D. Eastman on 12/21/15 saying "I was abusing the hotline", from me looking for_ → Back sheet

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount. _Plainiff would like the court to impose proper santions against Defendants' "Mr. E. Santana" and "Prison Officials". I seek monetary compensation for pain and suffering, punitive Damages, Cruel and unusual Punishments, along with reimbursement for court filing fee, in the amount of $200,000. please?_

## VI.  Previous Lawsuits:

<div style="border:1px solid; display:inline-block; padding:2px;">On these claims</div>

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ___  No ✓

Continuing page 5

help. Then I spoke to a man from O.S.I. name Mr. D. Eastman on 12/21/15 in Attica Corr. Facility saying "I was abusing the hot line," for me looking for help. Then I spoke to another man from O.S.I. name Mr. D. Miller on 1/31/17 when I was in Marcy C.N.Y.P.C. hospital, "him saying" "I was abusing the hot line too and my complaint was unsubstantiated" (not knowing what that meant befor). Then I spoke to O.S.I. staffs' interviwes (in Sullivan), Mss. Cotto on Jan. 11, 2018, and Ms. Horest on Mar. 14, 2018 on 9:13 Am about the same complaint, witness, and evidence. From me getting letters' response that are attach on the back of this page (8 letters'), from one I recently receive from Mr. Jason D. Effman on April 2, 2018 saying O.S.I. are re-opening the investigating



**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

March 27, 2018

Mr. Rudy Fleming
07A0122
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, New York 12733-0116

Dear Mr. Fleming:

This is in response to your correspondence received in my office on February 28, 2018, in which you sough guidance regarding an item of evidence in connection with a prior complaint of sexual abuse. This matter was referred to the Office of Special Investigations and, as I believe you are aware, staff from Office of Special Investigations were in contact with and received the items from your family member.

I understand that the Office of Special Investigations will be reopening its investigation into your report.

Sincerely,

Jason D. Effman
Associate Commissioner

JDE/jed
cc:   Office of Special Investigations



# Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

December 11, 2017

Mr. Rudy Fleming
07A0122
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, New York 12733-0116

Dear Mr. Fleming:

This is in response to your recent correspondence received November 18, 2017, in which you complain about the response to your allegation of a sexual abuse made in May of 2015 while at the Sullivan Correctional Facility. The Office of Special Investigations completed an investigation into your allegation on July 6, 2017, determining that the allegation was unsubstantiated. An unsubstantiated investigation means an allegation that was investigated and the investigation produced insufficient evidence to make a final determination as to whether or not the event occurred. Furthermore, you received notification from the facility Superintendent that the investigation was unsubstantiated and closed.

I am forwarding your letter to the Office of Special Investigations for review and any action they may deem appropriate.

Sincerely,

Jason D. Effman
Associate Commissioner

JDE/jed
cc:   Office of Special Investigations



**NEW YORK STATE** | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

August 9, 2017

Rudy Fleming
#07A0122
Sullivan Correctional Facility
P.O. Box 116
Fallsburg, NY 12733-0116

Acting Commissioner Annucci has asked me to respond to your letter regarding safety concerns at Sullivan Correctional Facility.

Please be advised that I have forwarded your letter to the Office of Special Investigations, Superintendent Keyser, Deputy Superintendent for Security Burnett, and Assistant Deputy Superintendent for Mental Health Garber for their review and appropriate action.

In regards to a transfer, please contact your Offender Rehabilitation Coordinator to discuss.

Sincerely,

Bryan Hilton
Assistant Commissioner

Cc: William Keyser Jr., Superintendent – Sullivan Correctional Facility



STATE OF NEW YORK
**OFFICE OF THE INSPECTOR GENERAL**
**OFFICE OF THE WELFARE INSPECTOR GENERAL**
**OFFICE OF THE WORKERS' COMPENSATION FRAUD INSPECTOR GENERAL**

EMPIRE STATE PLAZA
AGENCY BLDG. 2, 16TH FLOOR
ALBANY, NEW YORK 12223
(518) 474-1010

61 BROADWAY, SUITE 2100
NEW YORK, NEW YORK 10006
(212) 635-3150

65 COURT STREET, 5TH FLOOR
BUFFALO, NEW YORK 14202
(716) 847-7118

CATHERINE LEAHY SCOTT
INSPECTOR GENERAL

July 11, 2017

Rudy Fleming 07A0122
C/O Auburn Correction Facility
135 State Street
P.O. Box 618
Auburn, NY 13024

NYSIG # 2200-316-2017

Dear Ms. Fleming:

The Office of the New York State Inspector General is in receipt of your complaint received on June 29, 2017.

After carefully reviewing the information provided, our office has referred this matter to executive management at the New York State Department of Corrections & Community Supervision, Office of Special Investigations. Any further information should be sent to the NYS Dept. of Corrections & Community Supervision, located at Building 2, State Campus, Albany, NY 12226. The Inspector General will not commence an investigation at this time.

Thank you for contacting the Office of the New York State Inspector General.

Very truly yours,

Leslie M. Arp
Chief Investigator
Case Management Unit

LMA/rb



**NEW YORK STATE OF OPPORTUNITY.** | **Central New York Psychiatric Center**

ANDREW M. CUOMO
Governor

ANN MARIE T. SULLIVAN, M.D.
Commissioner

September 18, 2015

Mr. Rudy Fleming
DIN# 07A0122
Attica Satellite Unit
Attica Correctional Facility
P.O. Box 149, 639 Exchange St.
Attica, New York 14011

Mr. Fleming:

The Risk Management Department is in receipt of your letter dated August 22, 2015, addressed to the Office of Mental Health.

We have been in contact with OMH staff at Sullivan CF and informed that your allegations of abuse have been forwarded to DOCCS personnel, as DOOCS staff misconduct falls outside the purview of the Office of Mental Health.

We hope this information was helpful.

Sincerely,

Tammi Whittaker
Risk Management Specialist


CC: Unit Chief Sullivan CF
    File

---

A FACILITY OF THE OFFICE OF MENTAL HEALTH

P.O. Box 300, Marcy, NY 13403 | (315) 765-3600 | omh.ny.gov



**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

November 27, 2017

TO:       Rudy Fleming  07-A-0122   EN 139

FROM:     William Keyser, Superintendent

SUBJECT:  Your Letter Dated 11/25/17

    A review of your disciplinary record indicates your last Tier 2 misbehavior report was 10/14/16 while at Auburn C.F.  Therefore, your letter stating staff are writing tickets to retaliate against you are false.  You are encouraged to go to program to better yourself.


WFK:az
cc:   File



**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

November 28, 2017

TO:        Rudy Fleming        07-A-0122    EN-139

FROM:   William Keyser, Superintendent

SUBJECT:   Complaint

    You can write to OSI if you wish to speak to them.  You do not need to make this request through me.

WFK:dm
cc:    File

Sullivan Correctional Facility, 325 Riverside Drive, P.O. Box 116, Fallsburg, NY 12733-0116 | (845) 434-2080 | www.doccs.ny.gov



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

November 30, 2017

TO: Rudy Fleming    07-A-0122    EN-139

FROM: William Keyser, Superintendent

SUBJECT: Privileges

Your commissary privileges will be restored effective 12/1/17.

WFK:dm
cc:   Disciplinary Lieutenant
      E-North Officer
      File

    B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

        1.    Parties to the previous lawsuit:

Plaintiff _____

Defendant's _____

        2.    Court (if federal court, name the district; if state court, name the county) _____

        3.    Docket or Index number _____

        4.    Name of Judge assigned to your case _____

        5.    Approximate date of filing lawsuit _____

        6.    Is the case still pending?  Yes _____  No _____

             If NO, give the approximate date of disposition _____

        7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

    C..    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

        Yes _____  No _____

    D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

        1.    Parties to the previous lawsuit:

Plaintiff _____

Defendant's _____

        2.    Court (if federal court, name the district; if state court, name the county) _____

        3.    Docket or Index number _____

        4.    Name of Judge assigned to your case _____

        5.    Approximate date of filing lawsuit _____

        6.    Is the case still pending?  Yes _____  No _____

             If NO, give the approximate date of disposition _____

        7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _8_ day of _April_, 20_18_.

                         Signature of Plaintiff   _Rudy Fleming_
                         Inmate Number        _07A0122_
                         Institution Address     _Sullivan Corr. Facility_
                                                              _P.O. Box 116_
                                                              _Fallsburg, New York_
                                                                    _12733-0116_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and address.

I declare under penalty of perjury that on this _8_ day of _April_, 20_18_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                         Signature of Plaintiff:   _Rudy Fleming_

Rudy Fleming #
Sullivan Correctional
P.O. Box 116
Fallsburg, New York

Legal Mail

SULLIVAN ★ CORRECTIONAL FACILITY

NEOPOST
04/12/2018
US POSTAGE $006.04⁰
ZIP 12733
041M11286636

CERTIFIED MAIL
7016 2140 0000 9037 2309

Pro Se Office
U.S. District Court of the Southern
District of New York U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312