UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RUDY FLEMING,  :
             Plaintiff,  :
               :  **ORDER**
v.  :
               :  18 CV 3321 (VB)
MR. E. SANTANA and JOHN DOES 1–9,  :
             Defendants.  :
--------------------------------------------------------------x

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED the next case management conference is scheduled for May 28, 2020, at 11:00 a.m. Counsel shall attend by calling the following number and entering the access code when requested:

    Number: (888) 363-4749 (toll-free) or (215) 446-3662

    Access Code: 1703567

Dated: April 20, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge