UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
RUDY FLEMING, :
          Plaintiff, :
v. : **ORDER**
 :
 : 18 CV 3321 (VB)
MR. E. SANTANA AND JOHN DOES 1–9, :
          Defendants. :
--------------------------------------------------------------x

      The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than June 18, 2020. To be clear, any application to restore the action must be filed by June 18, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances, including the conference scheduled for May 28, 2020, are cancelled. Any pending motions are moot.

      The Clerk is instructed to terminate the letter-motion (Doc. #43) and close this case.

Dated: May 19, 2020
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge